DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HARRIS SHAPIRO,**
Appellant,

v.

**SPL HOLDINGS, LLC, CENTRAL COMMUNITIES, LLC, FLORIDA REAL ESTATE VALUE FUND, LP, FLORIDA REAL ESTATE VALUE FUND MANAGER, LLC,** and **13TH FLOOR MANAGER, LLC,**
Appellees.

No. 4D17-3354

[June 7, 2018]

Appeal of a non-final order from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; David A. Haimes, Judge; L.T. Case No. CACE17006939.

Robert Pasin of Law Office of Robert Pasin, Coral Springs, for appellant.

Lara O'Donnell Grillo and Etan Mark of Mark Migdal & Hayden, Miami, for appellees.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CONNER and KLINGENSMITH, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***